UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-01749-FLA (MBKx) | Date | September 16, 2025 |
|---|---|---|---|
| Title | Marion Martinez v. West Hills Hospital, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**     **ORDER REGARDING JOINT REQUEST FOR DECISION [DKT. 22]**

On March 28, 2025, Plaintiff Marion Martinez filed a Motion for Remand (the "Motion"). Dkt. 11. The court took the Motion under submission on April 28, 2025. Dkt. 20. On September 3, 2025, the parties filed a Joint Request for Decision Pursuant to Local Rule 83-9.2. Dkt. 22.

Courts in this district are exceedingly busy, with 696 weighted filings (and 588 civil filings) per Judgeship as of December 31, 2024, which is the sixth highest in the nation. *United States District Courts – National Judicial Caseload Profile*, https://www.uscourts.gov/sites/default/files/2025-02/fcms_na_distprofile1231.2024.pdf. Further, the Judicial Conference has recommended Congress authorize twelve additional district court judgeships for the Central District of California in light of the number of weighted case filings, the complexity of matters filed in this court, and the population of this district. *Judiciary Seeks 71 Judgeships to Meet Growing Caseloads*, United States Courts (Mar. 11, 2025), https://www.uscourts.gov/data-news/judiciary-news/2025/03/11/judiciary-seeks-71-judgeships-meet-growing-caseloads. This is the highest number of recommended additional judgeships of any district in the country. *See id.*

This court has a significant number of parties in criminal and civil cases awaiting trial, some of whom are in custody. In issuing its rulings on motions, the court considers factors including whether the action is criminal or civil, the custody status of the defendant, the age of the action and any pending motion(s), the specific needs of each case, and the urgency of the requested relief.

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01749-FLA (MBKx) | Date | September 16, 2025 |
| Title | Marion Martinez v. West Hills Hospital, et al. | | |

    Pursuant to Local Rules 83-9.3, the court informs the parties that it will render a ruling on the Motion by December 15, 2025.

    IT IS SO ORDERED.

                                                                                                     _____ : _____

                                             Initials of Preparer    tf